**BUCHANAN INGERSOLL & ROONEY PC**
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
*Attorneys for Defendants Trans Union LLC, Neustar, Inc.,*
*and TransUnion Risk and Alternative Data*
*Solutions, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>TRANSUNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>            Defendants. | Case No.: |

**TRANS UNION LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Trans Union LLC discloses that it is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is a wholly owned subsidiary of TransUnion, which is a Delaware corporation publicly traded on the New York Stock Exchange under the ticker "TRU". No publicly held corporation directly owns 10% or more of the issued and outstanding stock in TransUnion.

| | |
|---|---|
| Dated: March 27, 2024 | **BUCHANAN INGERSOLL & ROONEY PC**<br><br>By: /s/ *Jacqueline M. Weyand*<br>Samantha Southall (*pro hac vice* forthcoming)<br>Jacqueline Weyand (01572011)<br>Natalie Peled (*pro hac vice* forthcoming)<br>550 Broad Street, Suite 810<br>Newark, New Jersey 07102-4582<br>(973) 273-9800<br><br>*Attorneys for Defendants Trans Union LLC, Neustar, Inc., and TransUnion Risk and Alternative Data Solutions, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and correct copy of the foregoing document by ECF on all counsel of record.


Dated:  March 27, 2024                        */s/ Jacqueline M. Weyand*
                                                         Jacqueline M. Weyand