**BUCHANAN INGERSOLL & ROONEY PC**
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
*Attorneys for Defendants Trans Union LLC, Neustar, Inc.,*
*and TransUnion Risk and Alternative Data*
*Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRANS UNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No. |

## <u>NEUSTAR, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Neustar, Inc. discloses that it is a wholly owned subsidiary of Aerial Acquisition Corp. Aerial Acquisition Corp. is a wholly owned subsidiary of Aerial Intermediate Holdings Corp. Aerial Intermediate Holdings Corp. is a wholly owned subsidiary of Aerial Ultimate Holdings Corp. Aerial Ultimate Holdings Corp. is a wholly owned subsidiary of Trans Union LLC. Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is a

wholly owned subsidiary of TransUnion, which is a Delaware corporation publicly traded on the New York Stock Exchange under the ticker "TRU".  No publicly held corporation directly owns 10% or more of the issued and outstanding stock in TransUnion.

Dated:  March 27, 2024

**BUCHANAN INGERSOLL & ROONEY PC**

By: /s/ *Jacqueline M. Weyand*
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800

*Attorneys for Defendants Trans Union LLC,*
*Neustar, Inc., and TransUnion Risk and Alternative*
*Data Solutions, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true and correct copy of the foregoing document by ECF on all counsel of record.


Dated:  March 27, 2024                    */s/ Jacqueline M. Weyand*