**BUCHANAN INGERSOLL & ROONEY PC**
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
*Attorneys for Defendants Trans Union LLC, Neustar, Inc.,
and TransUnion Risk and Alternative Data
Solutions, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,*<br><br>Defendants. | Case No. |

**TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.'S
<u>RULE 7.1 CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant TransUnion Risk and Alternative Data Solutions, Inc. discloses that it is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, which is a Delaware corporation publicly traded on the New York Stock Exchange under the ticker "TRU".  No publicly held corporation directly owns 10% or more of the issued and outstanding stock in TransUnion.

Dated: March 27, 2024                    **BUCHANAN INGERSOLL & ROONEY PC**


By: /s/ *Jacqueline M. Weyand*
Samantha Southall (*pro hac vice* forthcoming)
Jacqueline Weyand (01572011)
Natalie Peled (*pro hac vice* forthcoming)
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800

*Attorneys for Defendants Trans Union LLC, Neustar, Inc., and TransUnion Risk and Alternative Data Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that I served a true and correct copy of the foregoing document by ECF on all counsel of record.


Dated:  March 27, 2024                                    */s/ Jacqueline M. Weyand*