IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSUNION, LLC, et al.,<br><br><br><br>Defendants. | CIVIL ACTION NO. 1:24-cv-04288-HB<br><br>Judge: Hon. Harvey Bartle III<br><br>**PLAINTIFF ATLAS DATA PRIVACY CORPORATION'S MOTION FOR ADMISSION *PRO HAC VICE* OF JAMES LEE** |

Pursuant to Local Civil Rule 101.1(c), Rajiv D. Parikh, counsel to Plaintiff Atlas Data Privacy Corporation ("Atlas"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of JAMES LEE, attorney at Boies Schiller Flexner LLP, to serve as co-counsel to Atlas.

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mr. Lee's Certification and a proposed order are submitted herewith.

Dated April 16, 2024

By:    *s/ Rajiv D. Parikh*
       Rajiv D. Parikh
       PEM Law LLP
       1 Boland Drive, Suite 101
       West Orange, NJ 07052
       Telephone: 973-577-5500
       Email: rparikh@pemlawfirm.com