UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**               **DATE OF PROCEEDINGS: 04/18/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell       **DOCKET #**   CV 24-4288 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
           v.
TRANSUNION, LLC. et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE




Time commenced:  10:00 AM            Time Adjourned: 12:20 PM

Total: 2 hours and 20 minutes


                                    s/ *David Bruey*
                                    **DEPUTY CLERK**