IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ATLAS DATA PRIVACY CORPORATION, ET AL. | : | CIVIL ACTION |
| | : | |
| | : | NO. 24-04288 |
| v. | : | |
| | : | |
| TRANSUNION, LLC., ET AL. | : | |

ORDER

AND NOW on this **24th** day of **April**, 2024 it is hereby ORDERED that the document filed as a motion (ECF#: 11) is hereby DENIED without prejudice with leave to refile in accordance with the District Court of New Jersey Local Rule of Civil Procedure 101.1(c).

BY THE COURT:

_Harvey Bartle III_
J.