**BUCHANAN INGERSOLL & ROONEY PC**
Jacqueline M. Weyand
550 Broad Street, Suite 810
Newark, New Jersey 07102
973-273-9800
*Counsel for Defendants Trans Union LLC,
Neustar, Inc., and TransUnion Risk and
Alternative Data Solutions, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br> v. <br><br> TRANSUNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities,* <br><br> Defendants. | Case No.: 1:24-cv-04288-HB <br><br> **TRANSUNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.'S MOTION FOR ADMISSION PRO HAC VICE OF SAMANTHA SOUTHALL** |

Pursuant to Local Civil Rule 101.1(c), Jacqueline M. Weyand, counsel to Defendants Trans Union LLC, ("TransUnion"), Neustar, Inc. ("Neustar"), and TransUnion Risk and Alternative Data Solutions, Inc. ("TRADS") (collectively, the "Defendants"), and a member of the New Jersey Bar maintaining an office in this State for the practice of law, moves for the admission *pro hac vice* of Samantha Southall, attorney at Buchanan Ingersoll & Rooney PC, to serve as co-counsel to Defendants .

I agree to act as local counsel in the above-captioned case. I shall sign all pleadings, briefs, and other documents filed with this Court.

Mrs. Southall's Certification and a proposed order are submitted herewith.

Dated: May 1, 2024

/s/ Jacqueline M. Weyand
Jacqueline M. Weyand
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273-9800
*Counsel for Defendants Trans Union LLC, Neustar, Inc., and TransUnion Risk and Alternative Data Solutions, Inc.*