UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                **DATE OF PROCEEDINGS: 05/7/2024**

**JUDGE:  HARVEY BARTLE III**

COURT REPORTER: Ann Marie Mitchell          **DOCKET #**   CV 24-4288 (HB)

**TITLE OF CASE:**
ATLAS DATA PRIVACY CORPORATION et al
        v.
TRANSUNION, LLC. et al

**APPEARANCES:**
SEE ATTACHED LIST


NATURE OF PROCEEDINGS: STATUS CONFERENCE



Time  commenced:  2:50  AM                    Time Adjourned: 2:52 PM

Total:  2 minutes


                                                s/ *David Bruey*
                                                **DEPUTY CLERK**