## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>        Plaintiffs,<br><br>    vs.<br><br>TRANSUNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>        Defendants. | Case No. 2:24-cv-04288 |

### NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please note the appearance of the undersigned as an attorney for Defendant Trans Union, LLC ("TransUnion") in the above-captioned matter, and list the same undersigned as an attorney to be noticed in the CM/ECF system.

 /s/ Melissa J. Bayly
Melissa J. Bayly
**BUCHANAN INGERSOLL & ROONEY PC**
550 Broad Street, Suite 810
Newark, NJ 07102-4582
(973) 273 9800
melissa.bayly@bipc.com

Dated:  September 5, 2024

*Counsel for Trans Union, LLC*