Melissa J. Bayly, Esq.
BUCHANAN INGERSOLL & ROONEY PC
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800
melissa.bayly@bipc.com

Samantha Southall (admitted *pro hac vice*)
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
215 665 3884 (o)
samantha.southall@bipc.com
*Attorneys for Defendant TransUnion, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TRANSUNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*, <br><br> Defendants. | Case No.: 2:24-cv-04288 <br><br><br> **SUBSTITUTION OF COUNSEL** |

WHEREAS, Jacqueline M. Weyand, Esq., has resigned from the law firm of Buchanan

Ingersoll & Rooney PC;

WHEREAS, defendant TRANSUNION, LLC desires to continue to be represented by Buchanan Ingersoll & Rooney PC in this litigation;

NOW THEREFORE, Buchanan Ingersoll & Rooney PC and Jacqueline M. Weyand, Esq., hereby stipulate and agree as follows:

1.      Jacqueline M. Weyand, Esq. shall be relieved as counsel for TRANSUNION, LLC.  Effective immediately, Ms. Weyand shall be withdrawn as counsel and shall cease receiving any notices, orders, or other papers in this action.

2.      Melissa J. Bayly, Esq. of Buchanan Ingersoll & Rooney PC, an attorney admitted to the bar of New Jersey, hereby substitutes her appearance as counsel of record for TRANSUNION, LLC.

3.      All subsequent notices and other documents to TRANSUNION, LLC shall be served to Ms. Bayly at her below address:

> Melissa J. Bayly, Esq.
> Buchanan Ingersoll & Rooney PC
> 550 Broad Street, Suite 810
> Newark, New Jersey 07102-4582
> (973) 273-9800
> Email: melissa.bayly@bipc.com

4.      Samantha Southall shall remain as Pro Hac Vice counsel for TRANSUNION, LLC under the supervision of Ms. Bayly.

5.      A copy of this Stipulation shall be served on counsel of record for Plaintiff.

6.    Facsimile signatures on counterparts of this Substitution of Counsel shall have the full force and effect of an original.

Dated:  New York, New York
        September 5, 2024

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Jacqueline M. Weyand
Jacqueline M. Weyand, Esq.
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800 (o)
jacqueline.weyand@bipc.com
*Withdrawing Attorney*

BUCHANAN INGERSOLL & ROONEY PC

By: /s/ Melissa J. Bayly
Melissa J. Bayly, Esq.
550 Broad Street, Suite 810
Newark, New Jersey 07102-4582
(973) 273-9800 (o)
jacqueline.weyand@bipc.com
*Incoming Attorney*

SO ORDERED:

_____,