# Buchanan

**Melissa J. Bayly**
Melissa.bayly@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 5604

September 13, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:  *Atlas Data Privacy Corp., et al v. Trans Union LLC, et al*
>      Case No. 24-cv-04288-HB
>      Joinder in Defendants' Consolidated Opposition to Plaintiffs' Motion to Remand

Dear Judge Bartle:

This firm represents the defendants Trans Union LLC, Neustar, Inc., and TransUnion Risk and Alternative Data Solutions, Inc. ("Defendants") in the above-referenced matter.  We write to advise the Court that Defendants join the Consolidated Opposition Brief to Plaintiff's Consolidated Motion to Remand and its supporting documents, which were filed in the action captioned as *Atlas Data Privacy Corp., et al v. Carco Group Inc., Intellicorp Records, Inc., et al.*, 1:24-cv-04077-HB (the "Consolidated Opposition to the Motion to Remand").

For the reasons set forth in the Consolidated Opposition to Plaintiffs' Motion to the Remand, Defendants respectfully request that the Court deny Plaintiffs' Motion in its entirety.

Respectfully submitted,

*s/ Melissa J. Bayly*

Melissa J. Bayly

cc: Counsel of record