# Buchanan

**Melissa J. Bayly**
Melissa.bayly@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 5604

September 13, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:    *Atlas Data Privacy Corp., et al v. Trans Union LLC, et al*
>          Case No. 24-cv-04288-HB
>          Joinder in Defendants' Consolidated Reply in Further Support of their Motion to
>          Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

This firm represents the defendants Trans Union LLC, Neustar, Inc., and TransUnion Risk and Alternative Data Solutions, Inc. ("Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Consolidated Reply Brief in Further Support of its Motion to Dismiss, which will be filed today in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.., et al*., Civil Action No. 24-cv-4105-HB (the "Consolidated Reply").

For the reasons set forth in the Consolidated Motion to Dismiss and Consolidated Reply, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

*s/ Melissa J. Bayly*

Melissa J. Bayly

cc: Counsel of record