# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons, et al.*,<br><br>   Plaintiffs,<br><br>  vs.<br><br>TRANSUNION, LLC, NEUSTAR, INC., TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC., RICHARD ROES l-10, *fictitious names of unknown individuals* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>   Defendants. | Case No. 2:24-cv-04288 |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT:

  Please note the appearance of the undersigned as an attorney for Defendant Trans Union, LLC ("TransUnion") in the above-captioned matter, and list the same undersigned as an attorney to be noticed in the CM/ECF system.

              BUCHANAN INGERSOLL & ROONEY PC

Dated: September 26, 2024      */s/ Krista A. Rose*
              Krista A. Rose (NJ ID No. 449732024)
              Two Liberty Place
              50 S. 16th Street, Suite 3200
              Philadelphia, PA 19102
              (215) 665-8700
              krista.rose@bipc.com
              *Counsel for Defendant Trans Union, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of September, 2024 I caused a true and correct copy of the foregoing document to be served electronically via the Court's CM/ECF system upon all counsel of record.

/s/ Krista A. Rose
Krista A. Rose