# Buchanan

**Melissa J. Bayly**
Melissa.bayly@bipc.com

550 Broad Street, Suite 810
Newark, NJ  07102-4582
T 973 273 9800
F 973 273 5604

October 14, 2024

**BY ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
   Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:   *Atlas Data Privacy Corp., et al v. Trans Union LLC, et al*
              Case No. 24-cv-04288-HB
              Joinder in Defendants' Supplemental Memorandum of Law in Further Support of
              Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint

Dear Judge Bartle:

      This firm represents defendants Trans Union LLC, Neustar, Inc., and TransUnion Risk and Alternative Data Solutions, Inc. ( collectively, "Defendants") in the above-referenced matter. We write to advise the Court that Defendants join the Supplemental Memorandum of Law in Further Support of Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint, which was filed on October 11, 2024 in the action captioned as *Atlas Data Privacy Corporation, et al. v. Lightbox Parent, L.P.., et al*., Civil Action No. 24-cv-4105-HB (the "Supplemental Brief").

      For the reasons set forth in the Consolidated Motion to Dismiss, Consolidated Reply, and Supplemental Brief, Defendants respectfully request that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

                                        Respectfully submitted,

                                        *Melissa J. Bayly*

                                        Melissa J. Bayly

cc: Counsel of record