UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:    October 22, 2024

**JUDGE HARVEY BARTLE III**

**COURT REPORTER:**    SHARON RICCI

**TITLE OF CASE:**                    **DOCKET NO.:** 24-4288 (HB)

ATLAS DATA PRIVACY CORPORATION, et al.
v
TRANSUNION, LLC, et al.

**APPEARANCES:**
SEE ATTACHED LIST

**NATURE OF PROCEEDINGS**:   HEARING ON [25] MOTION TO REMAND

Hearing on [25] Motion to Remand held on the record.
Motion taken under advisement.

s/David Bruey
Deputy Clerk

Time Commenced: 11:55a.m.        Time Adjourned: 12:00p.m.        Total Time in Court: 0:05