# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### Camden, NJ

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.

                Case No.: 1:24−cv−04288−HB
                Judge Harvey Bartle (EDPA), III

TRANSUNION, LLC., et al.

                Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER−L−000810−24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, lm

encl.
cc: All Counsel